IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EILEEN LAW CURE; CURE & ASSOCIATES, P.C.; AND PREMIER WEALTH & RETIREMENT MANAGEMENT, LLC, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:22-cv-00311 JUDGE MICHAEL J. TRUNCALE |
| v. | § § | |
| LPL FINANCIAL LLC, | § § § | |
| Defendant. | § | |

**ORDER DENYING DEFENDANT'S UNOPPOSED MOTION TO STAY DISCOVERY AND OTHER PROCEEDINGS PENDING A RULING ON ITS MOTION TO COMPEL ARBITRATION AND DISMISS UNDER RULE 12(B)(3)**

Before the Court is the Defendant's Unopposed Motion to Stay Discovery and Other Proceedings Pending a Ruling on Its Motion to Compel Arbitration and Dismiss Under Rule 12(b)(3). [Dkt. 15]. Defendant is requesting the Court stay all discovery and proceedings pending a ruling on its Motion to Dismiss. After considering the Defendant's unopposed motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Defendant's Unopposed Motion to Stay Discovery and Other Proceedings Pending a Ruling on Its Motion to Compel Arbitration and Dismiss Under Rule 12(b)(3) [Dkt. 15] is hereby **DENIED.**

**SIGNED this 2nd day of December, 2022.**

Michael J. Truncale
United States District Judge