IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CURE & ASSOCIATES, P.C. AND PREMIER WEALTH & RETIREMENT MANAGEMENT, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>LPL FINANCIAL LLC,<br><br>*Defendant.* | CIVIL ACTION NO. 1:22-cv-00311<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER GRANTING DEFENDANT'S MOTIONS TO STAY

Before the Court is the Defendant's Motion to Stay Proceeding Pending Appeal [Dkt. 66] and Supplemental Motion to Stay [Dkt. 82]. Defendant is seeking a stay of this proceeding pending the resolution of the appeal from the Fifth Circuit Court of Appeals. After considering the Defendant's motions and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Defendant's Motion to Stay Proceeding Pending Appeal [Dkt. 66] and Supplemental Motion to Stay [Dkt. 82] are hereby **GRANTED**.

It is further **ORDERED** that the Parties are to provide a Status Report to the Court on or before **February 23, 2024** regarding the status of the pending appeal.

**SIGNED this 21st day of November, 2023.**

Michael J. Truncale
United States District Judge