IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CURE & ASSOCIATES, P.C. AND PREMIER WEALTH & RETIREMENT MANAGEMENT, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>LPL FINANCIAL LLC,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     CIVIL ACTION NO. 1:22-CV-00311<br>    JUDGE MICHAEL J. TRUNCALE |

## ORDER REGARDING JOINT STATUS REPORT

Before the Court is Defendant's Status Report Regarding Arbitration. [Dkt. 101]. Defendant advises the Court that the arbitration in the above matter is ongoing and remains pending. Defendant advises that a final hearing on LPL Financial LLC's claim and Cure's counterclaims (in her personal capacity) was held on December 9, 2025, but that a final award remains pending.

It is therefore **ORDERED** that the Parties are to file a Joint Status Report on or before **April 30, 2026** advising the Court of the status of the arbitration process. This case remains stayed pending the arbitration process.

**SIGNED** this 6th day of January, 2026.

*/s/ Michael J. Truncale*
Michael J. Truncale
United States District Judge