IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EILEEN LAW CURE; CURE & ASSOCIATES,
P.C.; AND PREMIER WEALTH & RETIREMENT
MANAGEMENT, LLC,
                Plaintiffs,

V.                                                 Civil Action No. 1:22-cv-00311-MJT

LPL FINANCIAL LLC.,
                Defendant.

**MOTION TO VACATE OR MODIFY ARBITRATION AWARD AND
NOTICEOF APPLICATION FOR ORDER
TO VACATE OR. MODIFY ARBITRATION AWARD**

      Plaintiffs submit this Motion to Vacate Arbitration Award against LPL Financial LLC; Plaintiffs would show unto this Honorable Court as follows.

      Plaintiffs request vacatur of an arbitration award issued on December 9, 2025.

      Plaintiffs request vacatur for reasons which include the following: Plaintiffs were unrepresented by counsel in the proceeding, and were not provided with proper notice and opportunity to be heard, through no fault of the Plaintiffs.

      Undersigned counsel is still counsel of record in this proceeding. Undersigned counsel will be filing a Motion for Leave to Amend and Supplement this motion, within ten (10) days of this filing, with the requested supplement attached thereto. However, undersigned counsel is unable to continue representing Plaintiffs in this action and will also be filing a motion to withdraw at that time.

DATE:  March 9, 2026.

                                                          Respectfully Submitted By:

                                                          *Ellyn J. Clevenger*
                                                          Ellyn J. Clevenger
                                                          #24058662
                                                          1115 Moody Avenue
                                                          Galveston, Texas 77550
                                                          713.702.8189
                                                          ellynclevenger@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on this 9th Day of March, 2026, a copy of the foregoing was served, by electronic notification through the PACER system, concomitantly with the time of filing, and in accordance with the rules governing service, upon counsel for Defendant.

/s/ *Ellyn J. Clevenger*